# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION
# (COLUMBUS)

|   |   |
|---|---|
| EUGENE SCALIA,[1] <br> Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WALTON, JR., <br> and the HADSELL CHEMICAL PROCESSING SIMPLE IRA PLAN, <br><br> Defendants. | Case No. 2:19-cv-926 <br><br> Judge: Edmund A. Sargus <br><br> Magistrate: Chelsey M. Vascura |

## JUDGMENT BY DEFAULT

Defendant Robert Walton Jr., ("Defendant") having been served, having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, and the default of the defendant having been duly entered according to law on April 14, 2020, upon the application of the plaintiff, judgment is hereby entered against said defendant in pursuance of the prayer of said complaint.

Wherefore, it is ORDERED, ADJUDGED AND DECREED that the Plaintiff, the Secretary of Labor, do have and recover from the Defendant the sum of $65,842.35, representing principal and lost opportunity costs, calculated using the greater of the Plan's investment earnings rate or the Internal Revenue Code Section 6621 rate, through May 12, 2020, and

---

[1] R. Alexander Acosta was the original Plaintiff. He brought suit in an official capacity as a public officer. On September 30, 2019, Eugene Scalia became the Secretary of Labor. Pursuant to Fed. R. Civ. P. 25(d), Scalia's name has been automatically substituted as a party.

Plaintiff have execution thereof. The amount includes $53,239.95 in unremitted employee contributions, plus lost opportunity costs of $12,602.40 calculated through May 12, 2020.

Within thirty (30) days, Defendant shall restore $65,842.35 to the Plan by sending a certified or cashier's check in the amount of $65,842.35 to: Hadsell Chemical Processing SIMPLE IRA Plan c/o American Funds to allocate the payment to each Plan Participant who suffered a loss as a result of their fiduciary breaches, as specified in Exhibit A, attached hereto. The payment shall reference the Plan's account number, which shall be provided to Defendants by Plaintiff. Within ten (10) days of payment, Defendant Robert Walton Jr., shall provide satisfactory proof of payment to the Regional Director of the U.S. Department of Labor, Employee Benefits Security Administration ("EBSA"), 1885 Dixie Highway, Room 210, Fort Wright, KY 41011.

It is further ORDERED, ADJUDGED AND DECREED that Defendant Robert Walton Jr., is permanently enjoined from violating the provisions of Title I of ERISA, and Defendant Robert Walton Jr., is permanently enjoined from serving as a fiduciary or service provider to any ERISA-covered employee benefit plan.

Judgment entered August 25, 2020.

                                                    s/ Edmund A. Sargus, Jr.
                                                    **EDMUND A. SARGUS**
                                                    United States District Judge

Exhibit A

| | |
|---|---|
| Adams, L. | $ 912.00 |
| Bame, R. | $ 1,000.39 |
| Beekman, C. | $ 1,709.63 |
| Chamberlin, J. | $ 3,039.23 |
| Churchill, S. | $ 2,197.48 |
| Dennewitz, B. | $ 761.81 |
| DeWitt, C. | $ 2,205.92 |
| Dodridge, P. | $ 1,051.20 |
| Eaton, J. | $ 1,984.92 |
| Ervin, C. | $ 2,378.32 |
| Ervin, D. | $ 1,426.92 |
| Evans, S. | $ 1,462.67 |
| Hadsell, E. | $ 141.60 |
| Hanzel, D. | $ 2,316.49 |
| Kaskey, T. | $ 1,664.73 |
| Kelly, D. | $ 1,030.86 |
| Lavdas, A. | $ 4,043.94 |
| Long, C. | $ 1,192.29 |
| Magliano, R. | $ 2,738.07 |
| Mains, A. | $ 1,884.75 |
| Miller, J. | $ 6,428.63 |
| Nourse, M. | $ 3,305.86 |
| Obetz, B. | $ 625.95 |
| Obetz, J. | $ 1,473.59 |
| Parthkumar, P. | $ 747.96 |
| Rider, B. | $ 1,068.52 |
| Schmotzer, R. | $ 3,039.62 |
| Schulte, G. | $ 7,800.74 |
| Venturino, H. | $ 1,343.64 |
| Venturino, M. | $ 1,831.34 |
| Wamsley, M. | $ 969.58 |
| Woodward, M. | $ 2,063.71 |
| Grand Total | $ 65,842.35 |